cause of this violence is a patriarchal society that facilitates the systematic oppression of women, not unlike the systematic oppression of young black men.

Domestic violence prevention programs are in dire need of more resources for implementing evidence-based practices that focus on supporting pro-social norms. Let's invest in prevention, rather than insisting that women change their ways.

REBECCA CLINE,
Columbus
Cline is the prevention programs director of the Ohio Domestic Violence Network.

5/4/16

## DeWine plays Clouseau with tax money

I see that Ohio Attorney General Mike DeWine has donned his deerstalker hat and, with magnifying glass in hand, is working with the locals at the Piketon crime scene ("DeWine: Slayings a 'planned execution,'" April 25). I wonder where this keen interest in crime was when the Bureau of Workers Compensation was systematically defrauding small and medium-sized companies out of $859 million until 2014 when two court judgments stopped it. DeWine and his robot lawyers continued to represent the BWC after Cuyahoga County Common Pleas Judge Richard McMonagle disclosed the fraud in what the 8th District Ohio Court of Appeals termed "a thorough and comprehensive, if not masterful, opinion."

DeWine should have been prosecuting the BWC, not representing it.

It gets worse, my dear Watson. Apparently not being able to handle the BWC case himself, DeWine brought in one of his pet law firms (Brennan, Manna & Diamond) to join the party and collect enormous attorney fees.

You have to feel sorry for New Jersey; Ohio has dethroned it as the most incestuously dishonest state of all.

R.J. STEINLE,
Mogadore

Pl.'s Exh. A

## Downtown is all set for convention

I was surprised to see the letter from Nancy Raglow on April 24, "Looks as if a bums convention is in city," indicating that she thought downtown was overrun with vagrants and that not enough police were visible.