# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **Richard J. Steinle** | ) | **CASE NO. 5:17CV1734** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER OF RECUSAL** |
| -vs- | ) | |
| | ) | |
| **Judge Laurie J. Pittman,** | ) | |
| | ) | |
| | ) | **JUDGE JOHN R. ADAMS** |
| **Respondent.** | ) | |
| | ) | |

      **I disqualify myself in the proceedings in this case pursuant to 28 U.S.C. §455.**

**The case is returned to the Clerk of Court for reassignment.**

      **IT IS SO ORDERED.**


**Dated: August 21, 2017**                 *s/John R. Adams*
                                                 **JUDGE JOHN R. ADAMS**
                                                 **United States District Judge**