IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RICHARD J. STEINLE, | Case No. 5:17-cv-01734-SL |
| Plaintiff, | Judge Sara Lioi |
| v. | |
| JUDGE LAURIE J. PITTMAN, | |
| Defendant | |

## DECLARATION OF APOLOGY

Now comes Plaintiff in the above-titled matter with his Declaration pertinent to this Court's Order filed 4/19/18 (Doc.44).

As stated in Plaintiff's Motion (Doc.40) and his Affidavit in Support (Doc.43), the parties agreed that the request for production phase of discovery would be completed by 4/13/18, thus completing all "paper discovery." (Doc. 43, paras. 3 and 4). Plaintiff completed paper discovery by personally delivering all "outstanding" documents to Ms. Denise Smith at her Portage County Prosecutor's Office on 4/6/18.

On 4/16/18 Defendant filed her Response in Opposition (Doc.41) stating "the parties have *not* accomplished the discovery requested by Defendant." (P.1, para.2, emph. in orig.) Reasonably believing that the discovery requested had been accomplished, Plaintiff filed his Reply (Doc.42) attempting to rebut what he believed was a misrepresentation to the Court, i.e., that Plaintiff had reneged on the parties' agreement and/or was withholding discovery.

Plaintiff used inexcusable and intemperate language in his effort to clarify the instant matter which ultimately was determined to be a transmittal problem between Ms. Smith's office and co-counsels' office in Cincinnati. Plaintiff has apologized to all counsel and prays that this Court will also accept his apology herein.

Respectfully submitted,

/s/ R. Steinle
Plaintiff Pro Se

## Certificate of Service

I hereby certify that on this 26th day of April, 2018, the foregoing was served by electronic mail upon Attorneys Kimberly V. Riley, Anthony P. McNamara and Denise Smith at their electronic addresses on file with this court.

_____

Richard J. Steinle, Plaintiff Pro Se
219 Woodsdale Dr.
Mogadore OH, 44260
330.699.4094
Email: rsteinle01@gmail.com