IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| RICHARD J. STEINLE | : | Case No. 5:17-CV-1734 |
| | : | |
| Plaintiff, | : | Judge Sara Lioi |
| | : | Magistrate Judge Kathleen B. Burke |
| v. | : | |
| | : | **FOURTH JOINT STATUS** |
| JUDGE LAURIE J. PITTMAN | : | **REPORT** |
| | : | |
| Defendants. | : | |

Pursuant to this Court's Order of November 14, 2017 (Doc 15, PageID#84), and communications from the Court received on May 23, 2018, the parties submit this Fourth Joint Status Report.

While they have not yet finalized the terms, the parties have reached an agreement in principle to resolve this matter. After they successfully complete that process, Plaintiff will file a notice of voluntary dismissal of this matter, with prejudice, in the near future. In light of this development, Defendant withdrew her Notice to Take Plaintiff's Deposition (Doc. 47), which was scheduled for today (May 23, 2018).

Respectfully submitted,

*/s/ Richard Steinle* (via email authorization on 5/23/18
RICHARD J. STEINLE
219 Woodsdale Drive
Mogadore, Ohio 44260
Tel:   (330) 699-4094
Email: rsteinle01@gmail.com
*Pro se Plaintiff*

*/s/ Kimberly Vanover Riley*
KIMBERLY VANOVER RILEY (0068187)
MONTGOMERY, RENNIE & JONSON
14701 Detroit Avenue, Suite 555
Cleveland, Ohio 44107
Tel:   (440) 779-7978
Fax:   (513) 768-9205

Email: kriley@mrjlaw.com
ANTHONY P. MCNAMARA (0093670)
MONTGOMERY, RENNIE & JONSON
36 East Seventh Street, Suite 2100
Cincinnati, Ohio 45202
Tel:     (513) 241-4722
Fax:    (513) 768-9242
Email: amcnamara@mrjlaw.com

DENISE L. SMITH (0017811)
PORTAGE COUNTY PROSECUTOR'S OFFICE
Chief Assistant Prosecuting Attorney
241 South Chestnut Street
Ravenna, Ohio 44266
Tel:     (330) 297-3850
Fax:    (330) 297-4594
Email: dsmith@portageco.com

*Counsel for Defendant, the Hon. Laurie Pittman*


## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2018, the foregoing was served by electronic mail only upon Richard J. Steinle, pro se Plaintiff, at rsteinle01@gmail.com– pursuant to his written agreement to receive electronic mail service. All others will receive service through the Court's electronic filing system.

*/s/ Kimberly Vanover Riley*
KIMBERLY VANOVER RILEY

2